### 17991. GREENE *v.* MAXWELL BROTHERS.

BLOODWORTH, J. There is nothing in the special ground of the motion for a new trial that requires another trial of the case; there is sufficient evidence to support the verdict, and the judge did not err in overruling the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

    DECIDED MAY 11, 1927.

Claim; from Richmond superior court—Judge A. L. Franklin. January 8, 1927.

  *B. B. McCowen,* for plaintiff in error. *J. Paul Stephens,* contra.

New Trial, 29 Cyc. p. 824, n. 41.